IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KEN EASTERLING, )
)
Plaintiff, )
)
v. )
)
U.S. BANK, NATIONAL ASSOCIATION, )
)
Defendant. ) Civil Action No. 3:18-CV-2528-C

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff Ken Easterling's Request for Default Judgment be denied and Defendant U.S. National Bank Association's Motion to Set Aside the Clerk's Entry of Default be granted.[1] The parties have failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff Ken Easterling's Request for Default Judgment, filed January 11, 2019, is

---

[1] The Court construe's Defendant's Motion to Strike the Clerk's Entry of Default as a Motion to Set Aside the Entry of Clerk's Default arising under Rule 55 of the Federal Rule of Civil Procedure instead of Rule 12(f).

1

hereby **DENIED** and Defendant U.S. National Bank Association's Motion to Set Aside the Entry of Clerk's Default, filed January 15, 2019, is **GRANTED**.

SO ORDERED this 31st day of January, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE