IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEN EASTERLING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| U.S. BANK, NATIONAL ASSOCIATION, | ) ) |
| Defendant. | ) Civil Action No. 3:18-CV-2528-C-BH |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff Ken Easterling's Request for Clerk's Entry of Default Judgment Due to Mistake, Error or Inadvertence, and Default Judgment under Federal Rule of Civil Procedure 55 should be denied. The parties have failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff Ken Easterling's Motion for Entry of Default and Default Judgment, filed January 22, 2019, is hereby **DENIED**.

SO ORDERED this 8th day of February, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE