## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| KEN EASTERLING,<br>**Plaintiff,** | § <br> § <br> § | |
| v. | § <br> § | **Civil Action No. 3:18-CV-2528-C-BH** |
| U.S. BANK NATIONAL ASSOCIATION,<br>e. al., | § <br> § <br> § | |
| **Defendants.** | § | **Referred to U.S. Magistrate Judge** |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Notice of Motion and Motion for Default Judgment for Second Failure of Defendant to Timely Answer Plaintiff's Motions*, filed August 5, 2019 (doc. 41), is **DENIED**.

SIGNED this _13th_ day of August, 2019.


_____

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE