IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEN EASTERLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. BANK NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:18-CV-2528-C-BH |

## **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Defendant's Motion for Summary Judgment should be granted, that all of Plaintiff's claims against said Defendant should be dismissed and that Plaintiff's claims against the "Doe" Defendants should be *sua sponte* dismissed without prejudice for lack of personal jurisdiction. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendant U.S. Bank National Association's Motion for Summary Judgment, filed April 22, 2019, is hereby **GRANTED** in its entirety.

By separate judgment, Plaintiff's claims against U.S. Bank National Association shall be dismissed with prejudice and all remaining claims against the "Doe" Defendants shall be *sua sponte* dismissed for lack of personal jurisdiction.

SO ORDERED this 21st day of November, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE